**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| LASHAUN MOSELY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | Civil File Case No. |
| | : | 7 : 09-CV-23 (HL) |
| ORLESTER MCKINNON, and | : | |
| LT. CEDRIC MONTGOMERY, | : | |
| | : | |
| Defendants. | : | |

## **RECOMMENDATION**

This is a *pro se* prisoner 42 U.S.C.§1983 action. The plaintiff filed this action on February 13, 2009, raising allegations of excessive force during his incarceration at the Lowndes County Jail. Service was ordered on March 10, 2009. On April 7, 2009, mail addressed to the plaintiff at his last known address was returned as undeliverable.

A show cause order was entered, ordering plaintiff to show cause why his complaint should not be dismissed. (Doc. 10). That order was returned as undeliverable as well (Doc. 11); plaintiff has failed to otherwise respond to the show cause order.

The Court's March 10, 2009 Order (Doc. 5) contains the following directive to the parties in this action:

> **DUTY TO ADVISE OF ADDRESS CHANGE**
> During the pendency of this action, all parties shall at all times keep the clerk of this court and all opposing attorneys and/or parties advised of their current address. Failure to promptly advise the Clerk of any change of address may result in the dismissal of a party's pleadings filed herein.

As it is clear that the plaintiff has failed to comply with the court order to notify the court of his current address, as is evidenced that his mail has been returned as undeliverable on two separate occasions, and has failed to respond to the show cause order, the undersigned finds a willful failure

on the part of the plaintiff to comply with the order of the court. Upon consideration of the alternatives that are available to the Court, it is the RECOMMENDATION of the undersigned that this action be **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as no lesser sanction will suffice. *Link v. Wabash R.R.,* 370 U.S. 626, 630, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962) (interpreting Rule 41(b) not to restrict the court's inherent authority to dismiss *sua sponte* an action for lack of prosecution); *World Thrust Films, Inc. v. International Family Entertainment, Inc.,* 41 F.3d 1454, 1456-57 (11th Cir.1995); *Mingo v. Sugar Cane Growers Co-op,* 864 F.2d 101, 102 (11th Cir.1989); *Goforth v. Owens,* 766 F.2d 1533, 1535 (11th Cir.1985); *Jones v. Graham,* 709 F.2d 1457, 1458 (11th Cir.1983).

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN FOURTEEN (14) DAYS of the date of this order.

**SO RECOMMENDED**, this 17th day of May, 2010.

                                              **S/ THOMAS Q. LANGSTAFF**
                                              **UNITED STATES MAGISTRATE JUDGE**

msd